UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| LLOYD RAY HILL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 19-3024 |
| JAMES SIGMAN, et al., | ) ) ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of Defendants First Set of Interrogatories to Plaintiff and First Request for Production to Plaintiff, were served upon the following by U.S. Mail, postage prepaid this 28th day of June, 2019:

Lloyd Ray Hill #1110793
Algoa Correctional Center
8501 No More Victims Road
Jefferson City, MO 65101

Respectfully submitted,
KECK, PHILLIPS & WILSON, LLC

By: /s/ Damon S. Phillips
    Damon S. Phillips #52901
    3140 E. Division Street
    Springfield, Missouri 65802
    Telephone: (417) 890-8989
    Fax: (417) 890-8990
    Email: damon@kpwlawfirm.com
    Attorneys for Defendants