UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| LLOYD RAY HILL, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 19-3024 |
| | ) | |
| JAMES SIGMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT TO COURT REGARDING ST. LOUIS TRANSITIONAL CENTER

COME NOW, Defendant Pam Tripp, by and through her counsel of record, and for her Report to Court Regarding St. Louis Transitional Center, states as follows:

1. Plaintiff previously suggested he lacked the ability to conduct legal research because he was placed in the St. Louis Transitional Center. On November 20, 2019 counsel for Defendant received information from the Missouri Department of Corrections to the effect that Plaintiff is a Class III Offender, meaning that Plaintiff has had the ability to leave the facility at the St. Louis Transitional Center for the purpose of conducting legal research; if he wished to do so.

2. Plaintiff's course of conduct in this case warrant dismissal of the lawsuit; however, in the event that litigation continues, Defendant anticipates obtaining documentation and supplementing the record to further illustrate that Plaintiff has made affirmative misrepresentations to the Court.

1

KECK & PHILLIPS, L.L.C.

By/s/ *Damon S. Phillips*
   Damon Phillips #52901
   3140 E. Division
   Springfield, MO 65802
   Phone: (417) 890-8989
   Fax: (417) 890-8990
   Email: damon@kpwlawfirm.com
   Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing Report to Court Regarding St. Louis Transitional Center, was mailed, postage prepaid, this 20th day of November, 2019 to:

Lloyd Ray Hill #1110792
St. Louis Transitional Center
1621 N. 1st St.
St. Louis, MO 63102

                By/s/ *Damon S. Phillips*
                Damon Phillips